Peter J. Anderson, Esq., Cal. Bar No. 088891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard
Suite 2010
Santa Monica, CA 90401

Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Plaintiff
ARLINGTON PRODUCTIONS LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ARLINGTON PRODUCTIONS LIMITED, a British company incorporated in England,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN J. SEMPER, JR., aka "JOHN SEMPER, JR." and "JOHN SEMPER," an individual, CYNTHIA J. FRIEDLOB, aka "CYNTHIA FRIEDLOB," an individual, and DOES 2 through 10,<br><br>Defendants. | Case No. CV 07-738 PA (PLAx)<br><br>[~~PROPOSED~~] JUDGMENT |

## **JUDGMENT**

Pursuant to the Stipulation of the parties filed herein and the Court's Order on that Stipulation, **IT IS ORDERED AND ADJUDGED**

That defendant John J. Semper, Jr., also known as "John Semper, Jr." and "John Semper," and defendant Cynthia J. Friedlob ("Defendants"), and their respective agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise, are permanently enjoined from (1) copying or otherwise reproducing plaintiff Arlington Productions Limited's motion picture titled *The Masks of Death* and any other motion picture whose copyright is owned or controlled by plaintiff, and/or any parts thereof; (2) preparing derivative works based upon said copyrighted works, or any of them, and/or any parts thereof; (3) distributing to the public, by sale or other transfer of ownership, or by rental, lease or lending, images or tangible objects that are substantially similar to said copyrighted works, or any of them, and/or any parts thereof; (4) otherwise infringing the copyrights in said copyrighted works; and/or (5) authorizing others to do any of the above acts.

Dated: April 9, 2008

Honorable Percy Anderson
United States District Judge

| | |
|---|---|
| 1 | Submitted jointly by: |
| 2 | Peter J. Anderson, Esq., Cal. Bar No. 088891 |
|   | E-Mail: pja@pjanderson.com |
| 3 | LAW OFFICES OF PETER J. ANDERSON, A P. C. |
|   | 100 Wilshire Boulevard, Suite 2010 |
| 4 | Santa Monica, CA 90401 |
|   | Tel: (310) 260-6030 |
| 5 | Fax: (310) 260-6040 |
|   | Attorney for Plaintiff |
| 6 | ARLINGTON PRODUCTIONS LIMITED |
| 7 | - and - |
| 8 | James R. Rosen, Esq., Cal. Bar No. 119438 |
|   | Ryan D. Saba, Esq., Cal. Bar No. 192370 |
| 9 | ROSEN SABA LLP |
|   | 468 North Camden Drive, Third Floor |
| 10 | Beverly Hills, California 90210 |
|   | Telephone: (310) 285-1727 |
| 11 | Facsimile: (310) 285-1728 |
|   | Attorneys for Defendants |
| 12 | JOHN J. SEMPER, JR. and CYNTHIA J. FRIEDLOB |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |